IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN CURTIS DONGES,

      Plaintiff,                    No. CIV S-09-0360 DAD P

   vs.

DON PERETT, et al.,

      Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. By order filed July 20, 2009, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff has filed a second amended complaint.

        Plaintiff's second amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Service of the second amended complaint is appropriate for the following defendants: Don Perett, Brian Flicker, and Dr. John Baker.

1

1        2. The Clerk of the Court shall send plaintiff three USM-285 forms, one
summons, an instruction sheet, and a copy of the second amended complaint filed August 5,
2009.

        3. Within thirty days from the date of this order, plaintiff shall complete the
attached Notice of Submission of Documents and submit all of the following documents to the
court at the same time:

       a. The completed, signed Notice of Submission of Documents;

       b. One completed summons;

       c. One completed USM-285 form for each defendant listed in number 1 above; and

       d. Four copies of the second amended complaint filed August 5, 2009.

        4. Plaintiff shall not attempt to effect service of the second amended complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: August 19, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dong0360.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN CURTIS DONGES,

      Plaintiff,                    No. CIV S-09-0360 DAD P

      vs.

DON PERETT, et al.,                NOTICE OF SUBMISSION

      Defendants.               OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ <u>one</u> completed summons form;

      ____ <u>three</u> completed USM-285 forms; and

      ____ <u>four</u> true and exact copies of the second amended complaint filed August 5, 2009.

DATED: _____.

                                                          _____

                                                           Plaintiff