1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAWN CURTIS DONGES,

11              Plaintiff,                No. CIV S-09-0360 DAD P

12        vs.

13   DON PERETT, et al.,

14              Defendants.                ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

17   rights action filed pursuant to 42 U.S.C. § 1983.  On June 30, 2010, defendants Perett and Baker

18   filed a motion to compel plaintiff to respond to their first set of special interrogatories.  Pursuant

19   to the court's discovery and scheduling order filed April 2, 2010, plaintiff was required to file an

20   opposition or statement of opposition to defendants' motion within twenty-one days after the date

21   of service of that motion.  See Local Rule 230(l).  Plaintiff, however, has not filed an opposition

22   or otherwise responded to defendants' motion to compel.

23              Accordingly, good cause appearing, IT IS HEREBY ORDERED that, within

24   thirty days of the date of this order, plaintiff shall file and serve an opposition or statement of

25   non-opposition to defendants' June 30, 2010 motion to compel.  Failure to file an opposition will

26   /////

1

1  be deemed a waiver of any opposition to the granting of defendants' motion.  Defendants shall

2  file a reply, if any, in accordance with Local Rule 230(l).

3  DATED: August 9, 2010.

4

5  _____

6  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

7  DAD:sj
   dong0360.46.mtc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26