UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SHAWN CURTIS DONGES,

        Plaintiff,           No. CIV S-09-0360 LKK DAD P

  vs.

DON DURETT, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

       Shawn Curtis Donges, inmate # G-50354, a necessary and material witness in proceedings in this case on November 3, 2011, is confined in Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, California, 95640, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at Mule Creek State Prison, November 3, 2011, at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, California, 95640:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 15, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
dong0360.841vc