IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN CURTIS DONGES,

        Plaintiff,                    No. CIV S-09-0360 LKK DAD P

    vs.

DON DURETT, et al.,

        Defendants.          <u>ORDER</u>

_____/

        On November 3, 2011 and December 8, 2011, the undersigned held settlement conferences in this case. As a result, the a settlement was reached, the terms of which were summarized on the record on December 8, 2011. Thereafter, as anticipated, the parties on December 29, 2011, filed a stipulation of dismissal and a proposed order to dismiss this case. The undersigned has received and reviewed the stipulation signed by all parties.

        Pursuant to that stipulation, IT IS HEREBY ORDERED that this action is dismissed.

DATED: January 10, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dong0360.close

1